**DISMISS and Opinion Filed August 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00356-CV**

**IN THE INTEREST OF M.M.J., A CHILD**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54891-2019**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

By opinion dated July 8, 2022, we affirmed the trial court's order requiring appellant to pay costs for the appeal. In an order of the same date, we ordered appellant to file, by July 28, 2022, written verification that she has paid or made arrangements to pay for the clerk's record and cautioned her that failure to comply may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 37.3(b). As of today's date, appellant has not complied. Accordingly, we dismiss the appeal for want of prosecution. *See id*.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220356F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

IN THE INTEREST OF M.M.J., A CHILD

No. 05-22-00356-CV

On Appeal from the 469th Judicial District Court, Collin County, Texas Trial Court Cause No. 469-54891-2019.
Opinion delivered by Chief Justice Burns. Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered August 11, 2022